No. 02–1828. PLUMEY-CRUZ ET UX. *v.* WESTINGHOUSE ELECTRONIC CORP. ET AL. C. A. 1st Cir. Certiorari denied. ■

No. 02–1830. SCHAFLER *v.* SUMMER. Sup. Ct. N. Y., Erie County. Certiorari denied.

No. 02–1831. SOMMER ET UX. *v.* DAVIS ET AL. C. A. 6th Cir. Certiorari denied. ■

No. 02–1832. MCMAHON *v.* ALBANY UNIFIED SCHOOL DISTRICT ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 02–1833. JARDINE *v.* BROTHER RECORDS, INC. C. A. 9th Cir. Certiorari denied. ■

No. 02–1834. MCCRADY *v.* TOWN OF WARDENSVILLE, WEST VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied. ■

No. 02–1835. GEORGE WASHINGTON UNIVERSITY *v.* DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied. ■

No. 02–1836. GONSA *v.* DONNELLY, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. ■

No. 02–1837. GRAYSON *v.* SNOW, SECRETARY OF THE TREASURY. C. A. 7th Cir. Certiorari denied. ■

No. 02–1838. SCOTT ET AL. *v.* SCHOOL BOARD OF ALACHUA COUNTY, FLORIDA. Certiorari denied. C. A. 11th Cir. ■

No. 02–1839. BOWERSOCK *v.* BOWERSOCK. Ct. App. Ohio, Allen County. Certiorari denied.

No. 02–1840. MURR *v.* THOMS, WARDEN. C. A. 6th Cir. Certiorari denied. ■

No. 02–1841. ZIDELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ■